KENNADAY, LEAVITT & DAPONDE PC
CURTIS S. LEAVITT (SBN 162032)
cleavitt@kldlawgroup.com
TROY R. SZABO (SBN 219387)
tszabo@kldlawgroup.com
500 Capitol Mall, Suite 2260
Sacramento, California 95814

Telephone:  (916) 431-7755
Facsimile:  (916) 431-7756

Attorneys for Defendant
HUMANA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS,<br><br>  Plaintiff,<br><br>  v.<br><br>HUMANA INC. and DOES 1 through 25, inclusive,<br><br>  Defendant. | Case No. 5:13-CV-04924-HRL<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>[Re: Dkt. No. 17] |

THE COURT AND ALL PARTIS ARE NOTIFIED THAT:

Defendant Humana Inc. hereby substitutes Curtis S. Leavitt, Esq., California Bar No. 162032 and Troy R. Szabo, California Bar No. 219387, of the law firm of Kennaday, Leavitt & Daponde, PC, 500 Capitol Mall, Suite 2260, Sacramento, California 95814; telephone (916) 431-7755, as its attorneys of record in this action in the place of the law firm of Wilke, Fleury, Hoffelt, Gould & Birney, LLP, 400 Capitol Mall, 22nd Floor, Sacramento, California 95814; telephone (916) 441-2430.

DATED: January 16, 2014                HUMANA INC.

By: /s/ Lisa D. Hughes
Lisa D. Hughes,
Counsel

1

2  I consent to the above substitution.

3  DATED: January 14, 2014                               WILKE, FLEURY, HOFFELT,
                                                         GOULD & BIRNEY, LLP
4

5                                                        /s/ *Matthew W. Powell (as authorized on 01/14/14*
                                                         Matthew W. Powell
6                                                        State Bar No. 114563

7

8  I accept the above substitution.

9  DATED: January 14, 2014                               KENNADAY, LEAVITT & DAPONDE PC

10                                                       /s/ *Curtis S. Leavitt*
                                                         Curtis S. Leavitt
11                                                       State Bar No. 162032

12  **IT IS SO ORDERED.**

13  DATED: January 29, 2014

14

15                                                       _____
                                                         The Honorable Howard R. Lloyd
16                                                       Magistrate Judge, United States District Court
                                                         Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28

KENNADAY, LEAVITT & DAPONDE PC
ATTORNEYS AT LAW
SACRAMENTO

00009552.1                             -2-
                              SUBSTITUTION OF ATTORNEYS