UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

STANFORD HOSPITAL AND CLINICS,

    Plaintiff,

  v.

HUMANA, INC., et al.,

    Defendants.

No. C 13-4924 HRL

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     May 22, 2014
Mediator: Ray Wong

    IT IS HEREBY ORDERED that the request to excuse defendant Humana, Inc.'s representative, Lisa Cain, from appearing in person at the May 22, 2014, mediation before Ray Wong is DENIED. The court finds that defendant has not shown that requiring Ms. Cain to attend the mediation would cause 'extraordinary or otherwise unjustifiable hardship' as required by ADR L.R. 6-10(d). Accordingly, the request is DENIED and Ms. Cain shall appear in person at the mediation.

    IT IS SO ORDERED.

May 7, 2014

Dated

By: _____

Maria-Elena James
United States Magistrate Judge